# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                    ltrust@osbornlawpc.com

April 15, 2026

**VIA ECF**                              MEMO ENDORSED

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rivera v. Commissioner of Social Security*
            Civil Action No. 1:25-cv-07340-GS

Dear Judge Stein,

We write on behalf of our client, Yaritza Rivera, with the consent of the defense, to request a 60-day extension of time to file her motion for judgment on the pleadings which is currently due on April 21, 2026, per the Court's December 29, 2026 Order granting Motion for Extension of Time. This is the parties' second request for an extension.

The reason for this request is that the undersigned is currently managing several overlapping briefing deadlines over the coming weeks, largely because of a backlog created by the October 2025 government shutdown. Additional time is therefore necessary to ensure that Plaintiff's motion is prepared thoroughly and submitted in accordance with the Court's scheduling requirements.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 22, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 21, 2026**; and

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Gary Stein
April 15, 2026
Page Two

- Plaintiff to file her reply, if any, on or before: **September 11, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
lstrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)

Application granted.  The deadlines in this action are extended based on the schedule herein.  Plaintiff's deadline to submit her motion for judgment on the pleadings is extended to June 22, 2026.

SO ORDERED.

Date:   New York, New York
        April 16, 2026

Gary Stein
United States Magistate Judge
Southern District of New York